**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

JOHN WATSON                          :
                                     :
         Plaintiff,                  :
                                     :
   vs.                               :   CIVIL ACTION NO.
                                     :
HARTFORD LIFE AND ACCIDENT           :
INSURANCE COMPANY                    :
                                     :
         Defendant.                  :

### NOTICE OF REMOVAL

Defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby removes this action from the Superior Court of the State of Delaware in and for the County of New Castle, pursuant to 28 U.S.C. § 1441. In support thereof, Hartford avers as follows:

1.      On or about October 12, 2007, Plaintiff John Watson ("plaintiff") commenced this action by filing a Complaint ("complaint") in the Superior Court of the State of Delaware in and for New Castle County, Docket No. 07C-10-135-JEB. A true and correct copy of the complaint and all processes and pleadings served on Hartford in this case are attached hereto as Exhibit "A" in the order they were chronologically e-filed with the Superior Court.

2.      The complaint was served on Hartford on December 12, 2007.

### GROUNDS FOR REMOVAL

### FEDERAL QUESTION

3.      A civil action for which a district court has original jurisdiction founded upon a claim or right arising under the laws of the United States shall be removable without regard to citizenship or residence of the parties. 28 U.S.C. § 1441(b).

4.    Removal is authorized when the well-pleaded allegations of the complaint raise an issue of federal law. *See Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149 (1908), *overruled on other grounds*; *Smith v. Kansas City Title & Transfer Co.*, 255 U.S. 180 (1921).

5.    Removal is also proper under the doctrine of field preemption, regardless of whether claims are expressly brought under a federal statute: "Congress may so completely pre-empt a particular area that any civil complaint raising this select group of claims is necessarily federal in character." *Metropolitan Life Ins. Co. v. Taylor*, 481 U.S. 58, 63-64 (1987) (holding that plaintiff's state law claims for compensatory damages were preempted by ERISA and properly removed under 28 U.S.C. § 1441(b)).

6.    The Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") preempts state law claims to the extent they "relate to" any ERISA plan. *See* 29 U.S.C. § 1144(a). A state law claim "relates to" an ERISA plan, and is preempted "if it has a connection with or reference to such a plan." *Shaw v. Delta Air Lines, Inc.*, 463 U.S. 85, 97 (1983); *see also Glaziers & Glassworkers Union Local No. 252 Annuity Fund v. Newbridge Sec., Inc.*, 93 F.3d 1171, 1185 (3d Cir. 1996).

7.    The complaint relates to the Group Benefit Plan for Waste Management, Inc., Group Insurance Policy No. GLT-044353

8.    The Plan is an "employee welfare benefit plan" within the meaning of ERISA.

9.    The United States Court of Appeals for the Third Circuit repeatedly has recognized that virtually all state law claims relating to an employee benefit plan are preempted by ERISA. *See, e.g., Salaried Ret. Plan for Eligible Employees of Crucible, Inc. v. Nobers*, 968 F.2d 401, 406 (3d Cir. 1992), *cert. denied* 506 U.S. 1086 (1993).

10.     The complaint purports to set forth a state law breach of contract claim for the wrongful denial of benefits based on the terms of an employee benefits plan.

11.     The complaint is properly removed because it seeks to enforce a claim or right which may arise under ERISA, a law of the United States. *See* 28 U.S.C. §§ 1331, 1441(b); 29 U.S.C. § 1132(a).

12.     This Notice is timely, as it being filed less than thirty (30) days after service of the complaint. *See* 28 U.S.C. 1446(b).

13.     A copy of this Notice will be filed with the Superior Court of the State of Delaware in and for New Castle County, as required by 28 U.S.C. § 1446(d).

14.     A copy of this Notice will be served upon plaintiff as required by 28 U.S.C. § 1446(d).

WHEREFORE, Hartford hereby removes this action from the Superior Court of the State of Delaware in and for New Castle County to the United States District Court for the District of Delaware.  That Court shall proceed no further unless and until the case is remanded.


Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P. O. Box 1709
Wilmington, DE  19899-1709
Phone: (302) 777-6500
Fax:    (302) 421-8390
Email: kaplanm@pepperlaw.com

Dated:  January 7, 2008                    Attorneys  for  Defendant  Hartford  Life  and
                                           Accident Insurance Company

## CERTIFICATE OF SERVICE

I, Matthew A. Kaplan, hereby certify that on January 7, 2008, a true and correct copy of the foregoing Notice of Filing Notice of Removal was served via hand delivery upon the following:

Brian E. Lutness, Esquire
Silverman McDonald & Friedman
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE  19805

Matthew A. Kaplan (#4956)

# EXHIBIT "A"

SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

EFiled: Oct 12 2007  4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

COUNTY:   (N)   K   S

CIVIL ACTION NUMBER: _____

Civil Case Code  CDBT

Civil Case Type  Debt/Breach of Contract

(SEE REVERSE SIDE FOR CODE AND TYPE)

---

Caption:

John Watson

Plaintiff

V.

Hartford Life & Accident

Insurance Company

Defendant,

---

Name and Status of Party filing document:

Watson - Plaintiff

Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)

Complaint

Non-Arbitration __

(CERTIFICATE OF VALUE MAY BE REQUIRED)

Arbitration X   Mediation __   Neutral Assessment __

DEFENDANT (CIRCLE ONE)   **ACCEPT   REJECT**

JURY DEMAND   YES X   No __

TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)

EXPEDITED   (STANDARD)   COMPLEX

---

ATTORNEY NAME(S):

Brian E. Lutness

ATTORNEY ID(S):

3572

FIRM NAME:

Silverman, McDonald & Friedman

ADDRESS:

1010 N. Bancroft Parkway

Wilmington, DE  19805

TELEPHONE NUMBER:

302-888-2900

FAX NUMBER:

302-888-2923

E-MAIL ADDRESS:

_____

---

IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS

N/A

EXPLAIN THE RELATIONSHIP(S):

OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:

(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE)

---

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 6/2002

EFiled:  Oct 12 2007  4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| John Watson | : | |
| | : | C.A. |
| Plaintiff | : | |
| | : | ARBITRATION |
| v. | : | |
| | : | |
| Hartford Life and Accident Insurance | : | TRIAL BY JURY |
| Company | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

### <u>COMPLAINT</u>

1.  Plaintiff, John Watson, is a resident of the State of Delaware.

2.  Defendant, Hartford Life and Accident Insurance Company, is licensed to do business in the State of Delaware.

3.  Plaintiff, John Watson, had a contract for total disability benefits with the Defendant.

4.  On or about August 17, 2001,  Plaintiff, was injured in a work accident.

5.  Since August 17, 2001, Plaintiff has been totally disabled form all work.

6.  In 2002, Plaintiff was approved for Social Security disability.  He is still currently receiving total disability from Social Security.

7.  Since September of 2002, Defendant has refused to pay total disability benefits.

8.  Defendant's refusal to pay total disability benefits constitutes a breach of contract pursuant to the terms of the contract.

9.  Pursuant to the contract, Plaintiff is entitled to reinstatement of his total disability benefits dating back to 2002 plus interest, cost of suit, and attorney fees.

10.  Defendant has had no reasonable basis for the denial of  total disability benefits.

Since Defendant has no reasonable basis for the denial of total disability benefits, the Plaintiff is entitled to punitive damages.

**WHEREFORE**, the Plaintiff's demand of judgment against the defendants for special, punitive and compensatory damages as well as cost, interest and attorneys fees the Court will award.

SILVERMAN McDONALD & FRIEDMAN

/S/ Brian E. Lutness
BRIAN E. LUTNESS, ESQUIRE
Bar ID No.: 3572
1010 N. Bancroft Parkway,Suite 22
Wilmington, Delaware 19805
Attorney for Plaintiff

EFiled: Oct 12 2007 4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| John Watson | : | |
| | : | C.A. |
| Plaintiff | : | |
| | : | ARBITRATION |
| v. | : | |
| | : | |
| Hartford Life and Accident Insurance | : | TRIAL BY JURY |
| Company | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

### AFFIDAVIT OF COUNSEL PURSUANT TO RULE 3(h)

STATE OF DELAWARE:

    : SS

NEW CASTLE COUNTY:

I, Brian E. Lutness, having been duly sworn this _12_ day of _October_, 2007, do depose and say:

1. I am the attorney for the Plaintiff in the above captioned action.

2. This action involves a claim for total disability benefits where Plaintiff's claims for special, punitive, and compensatory damages have been and will be supplied upon appearance of counsel.

_____

BRIAN E. LUTNESS

SWORN TO AND SUBSCRIBED before me the date and year aforesaid.

_____

NOTARY PUBLIC

ANDREA C. PANICO
Attorney at-Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)

EFiled:  Oct 12 2007  4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| John Watson | : | |
| | : | C.A. |
| Plaintiff | : | |
| | : | ARBITRATION |
| v. | : | |
| | : | |
| Hartford Life and Accident Insurance | : | TRIAL BY JURY |
| Company | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

**PLAINTIFF'S ANSWERS TO FORM 30 INTERROGATORIES**

**1.** Give the name and present or last known residential and employment address and

telephone number of each eye-witness to the incident which is the subject of the litigation.

**A.** **N/A**

**2.** Give the name and present or last known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the litigation.

**A.** **Personnel of Silverman, McDonald & Friedman**
**1010 N. Bancroft Parkway, Suite 22**
**Wilmington, DE 19805**

**Personnel of Hartford Life and Accident Insurance Company**
**Benefit Management Claim office**
**Atlanta Disability Claim office**
**P.O. Box 1811**
**Alpharetta, GA 30023**

**Personnel of Harvey & Harvey Waste Management**

**3.** Give the names of all persons who have been interviewed in connection with the

above litigation, including the names and present or last known residential and employment

addresses and telephone numbers of the persons who made said interviews and the names and present or last known residential and employment addresses and telephone numbers of persons who have the original and copies of the interview.

    **A.**    **No interviews have been conducted to date.**

    **4.**    Identify all photographs, diagrams or other representation made on connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone number of the person having the original and copies thereof. (In lieu thereof, a copy can be attached).

    **A.**    **N/A**

    **5.**    Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert.  If an expert is not presently retained, describe by type the experts whom the party expects to retain in connection with the litigation.

    **A.**    **None at this time.  However, plaintiff expects to call treating physicians as experts.**

    **6.**    Give a brief description of any insurance policy including excess coverage, that is or may be applicable to the litigation, including:

    A.    Insurer
    B.    Policy Number
    C.    Type Insurance
    D.    Policy Limits

    **A.**    **Hartford Life and Accident Insurance Company**
    **B.**    **GRH 070923**
    **C.**    **Disability**
    **D.**    **To be provided.**

**7.** Give the name, professional address, telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

     **A.**    **To be provided.**

               **SILVERMAN McDONALD & FRIEDMAN**

               **/S/ Brian E. Lutness**
               **BRIAN E. LUTNESS, ESQUIRE**
               **Bar ID No.: 3572**
               **1010 N. Bancroft Parkway, Suite 22**
               **Wilmington, Delaware 19805**
               **(302) 888-2900**
               **Attorney for Plaintiff**

EFiled: Oct 12 2007 4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| John Watson | : | |
| | : | C.A. |
| Plaintiff | : | |
| | : | ARBITRATION |
| v. | : | |
| | : | |
| Hartford Life and Accident Insurance | : | TRIAL BY JURY |
| Company | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

### PRAECIPE

**TO:   PROTHONOTARY**

Superior Court
New Castle County Court House
500 N. King Street
Wilmington, DE 19801

**PLEASE ISSUE SUMMONS**, directing the Sheriff of Kent County to serve the

Complaint on Defendant Hartford Life and Accident  Insurance Company  by serving the

Delaware Insurance Commissioner pursuant to 18 <u>Del.C.</u> §525.

Delaware Insurance Commissioner
841 Silverlake Boulevard
Dover, DE 19904

SILVERMAN McDONALD & FRIEDMAN

/S/ Brian E. Lutness
BRIAN E. LUTNESS, ESQUIRE
Bar ID No.: 3572
1010 N. Bancroft Parkway,Suite 22
Wilmington, Delaware 19805
Attorney for Plaintiff

EFiled:  Oct 12 2007  4:48PM EDT
Transaction ID 16658673
Case No. 07C-10-135 JEB

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| John Watson | : | |
| | : | C.A. |
| Plaintiff | : | |
| | : | ARBITRATION |
| v. | : | |
| | : | |
| Hartford Life and Accident Insurance | : | TRIAL BY JURY |
| Company | : | OF TWELVE DEMANDED |
| | : | |
| Defendant. | : | |

## SUMMONS

**THE STATE OF DELAWARE,**
**TO SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

To summon the above named Defendant, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon Brian E. Lutness, Esquire, plaintiff's attorney, whose address is Silverman & McDonald, 1010 N. Bancroft Parkway, Suite 22, Wilmington, DE 19805, an Answer to the Complaint.

To serve upon defendant a copy hereof and of the complaint.
Dated:

<u>SHARON AGNEW</u>
Prothonotary

_____
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

<u>SHARON AGNEW</u>
Prothonotary

_____
Per Deputy

%JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS
John Watson

**(b)**  County of Residence of First Listed Plaintiff    New Castle County, DE
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)
Brian E. Lutness (#3572), Silverman McDonald & Friedman, 1010 N. Bancroft Pkway, Ste. 22, Wilmington, DE  19805 (302) 888-2900

## DEFENDANTS
Hartford Life and Accident Insurance Company

County of Residence of First Listed Defendant    Hartford County, CT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Matthew A. Kaplan (#4956), Pepper Hamilton LLP, 1313 Market Street, P.O. Box 1709, Wilmington, DE  19899 (302) 777-6500

## II.  BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government
       Plaintiff

☒ 3   Federal Question
       (U.S. Government Not a Party)

☐ 2   U.S. Government
       Defendant

☐ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☒ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to District
      Judge from
      Magistrate
      Judgment

## VI.  CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 USC 1001 et seq., ERISA
Brief description of cause:
Disability claim under Group Benefit Plan qualifying as "employee welfare benefit plan" within meaning of ERISA.

## VII.  REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                      DOCKET NUMBER

DATE
01/07/2008

SIGNATURE OF ATTORNEY OF RECORD
*Matthew Kaplan*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 0 8 - 0 1 3 ____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____2_____ COPIES OF AO FORM 85.

_____1/7/08_____

(Date forms issued)

_____

(Signature of Party or their Representative)

____X Lauren R Morrison____

(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action