**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN WATSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 08-013 |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S
MOTION TO DISMISS THE COMPLAINT**

For the reasons set forth in the accompanying brief, defendant Hartford Life and Accident Insurance Company ("Hartford"), through its undersigned counsel, hereby moves this Court to dismiss Plaintiff John Watson's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), with prejudice, for failure to state a claim upon which relief can be granted.

Respectfully submitted,

/s/ Matthew A. Kaplan
Matthew A. Kaplan (#4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
(302) 777-6500
kaplanm@pepperlaw.com

*Attorneys for Defendants Hartford Life and Accident Insurance Company*

Dated:  January 10, 2008

## CERTIFICATE OF SERVICE

      I, Matthew A. Kaplan, hereby certify that on January 10, 2008, I caused a copy of the foregoing *Defendant's Motion to Dismiss the Complaint* to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

      Brian E. Lutness, Esquire
      1010 N. Bancroft Parkway, Suite 22
      Wilmington, DE  19805

      /s/ Matthew A. Kaplan
      Matthew A. Kaplan (Del Bar #4956)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN WATSON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 08-013 |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and the brief in support thereof, as well as the submissions of Plaintiff in response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED, and Plaintiff's Complaint is dismissed with prejudice.

BY THE COURT:

_____
J.