# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN WATSON, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 08-013 |
| vs. | : |
| | : |
| HARTFORD LIFE AND ACCIDENT | : |
| INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, defendant Hartford Life and Accident Insurance Company, through its undersigned counsel, states that it is a wholly owned subsidiary of Hartford Holdings, Inc. which is a wholly owned subsidiary of Hartford Life, Inc., which is a wholly owned subsidiary of the Hartford Financial Services Group, Inc., which is publicly traded.

Date: January 10, 2008

/s/ Matthew A. Kaplan
Matthew A. Kaplan (Del Bar #4956)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P. O. Box 1709
Wilmington, DE 19899-1709
Phone: (302) 777-6500
Fax:    (302) 421-8390
Email: kaplanm@pepperlaw.com

Attorneys for Defendant Hartford Life and Accident Insurance Company

#9190886 v1

## CERTIFICATE OF SERVICE

I, Matthew A. Kaplan, hereby certify that on January 10, 2008, I caused a copy of the foregoing ***Defendant's Rule 7.1 Disclosure Statement*** to be served with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

>Brian E. Lutness, Esquire
>1010 N. Bancroft Parkway, Suite 22
>Wilmington, DE  19805

>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (Del Bar #4956)

#9190886 v1