# EXHIBIT A

# CONFIDENTIAL – FILED UNDER SEAL

Filed Under Seal:  January 10, 2008
Public Version:  January 11, 2008

AMENDMENT TO GROUP POLICY 044353 ON MAY 11, 2004. ANY CHANGES BETWEEN THIS
POLICY AND THE PREVIOUSLY ISSUED POLICY ARE EFFECTIVE JANUARY 1, 2002. ALL OTHER
TERMS, CONDITIONS, AND DATES REMAIN UNCHANGED.

Name of Policyholder: WASTE MANAGEMENT, INC.

| | | |
|---|---|---|
| **Policy Number:**<br>GLT-044353 | **Effective Date:** | **Place of Delivery:**<br>Texas |

**Anniversary Dates:**
January 1 of each year, beginning in 2000.

**Premium Due Dates:**
Monthly, on the first day of each policy month.

### HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY
Hartford Plaza, Hartford, Connecticut 06115

(A stock insurance company, herein called Hartford Life)

Agrees with the Policyholder to insure certain persons who are entitled to the insurance provided by this policy. This
policy is issued in consideration of the application of the Policyholder, and the payment of the first premium. The
first premium is due and payable on the effective date of the policy. Subject to the policy's grace period provision, all
premiums after the first must be paid when or before they are due.

THIS IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE. THE EMPLOYER DOES NOT
BECOME A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM BY PURCHASING THIS
POLICY, AND IF THE EMPLOYER IS A NON-SUBSCRIBER, THE EMPLOYER LOSES THOSE
BENEFITS WHICH WOULD OTHERWISE ACCRUE UNDER THE WORKERS' COMPENSATION
LAWS. THE EMPLOYER MUST COMPLY WITH THE WORKERS' COMPENSATION LAW AS IT
PERTAINS TO NON-SUBSCRIBERS AND THE REQUIRED NOTIFICATIONS THAT MUST BE FILED
AND POSTED.

Signed for Hartford Life:

Lynda Godkin, *Secretary*

Lowndes A. Smith, *President*

Countersigned by _____
Licensed Resident Agent

#### Table of Contents

Agreement to Insure _____ 1
Participant Employers_____ 2
Incorporation Provision _____ 3
Schedule of Insurance_____ 3.1
Premiums_____ 4
Policy Provisions_____ 7

## PARTICIPANT EMPLOYERS

An employer may be included as a Participant Employer if the Policyholder and Hartford Life so agree. Hartford Life will keep a list of accepted Participant Employers and the effective dates of coverage for each.

The Policyholder may act for or on behalf of all Participant Employers in all matters of the policy. The following will be binding on all Participant Employers:
- all agreements between Hartford Life and the Policyholder;
- all notices from Hartford Life to the Policyholder; and
- all notices from the Policyholder to Hartford Life.

An employee of a Participant Employer will be deemed to be an employee of the Policyholder for insurance purposes.

Coverage for a Participant Employer will terminate on the first to occur of:
- the date his premium is due, but not paid; or
- the date on which the Policyholder wants the employer to be removed from the policy. Such date must be stated in written notice to Hartford Life, and must be after the date of the notice.

HLI0002

ii

## INCORPORATION PROVISION

**Booklet-Certificate**
The Booklet-certificate(s), and the endorsement form(s) enclosed therein, attached to this Policy are hereby
incorporated in, and made a part of, this policy.

Booklet Form(s):
044353(GLT)2
044353(GLT)I Rev. 2
044353(GLT)H 2nd Rev.

Endorsement Form(s):
GR-2025(496)A-HLA 44353(GLT)H/S/U No. 1
GR-2025(496)A-HLA 044353(GLT)U No. 1

The terms found in the Booklet-certificate(s) will control:
- the benefit plan provisions;
- the eligibility and effective date of insurance rules;
- the termination of insurance rules;
- exclusions; and
- other general policy provisions pertaining to state insurance law requirements.

HLI0003

## SCHEDULE OF INSURANCE

**Schedule of Insurance**
The Schedule(s) of Insurance for Group Insurance Policy GLT-044353 listed below:
* Long Term Disability Insurance

are shown in Booklet-certificate(s) 044353(GLT)2, 044353(GLT)1 Rev. 2 and 044353(GLT)H 2nd Rev..

The Schedule(s) of Insurance will control the:
* benefit amounts and maximum limits;
* eligibility and effective date rules; and
* other schedule amounts and limits,

which apply to the employees of the Policyholder.

GR-11383-HLA(3.1)                                                                          PI-3.21

**HLI0004**

ii

## PREMIUMS

**Initial Monthly Premium Rates**

The initial monthly premium rates to be charged for employee Coverage and/or child/spouse coverage, if applicable, will be:

| Long Term Disability Benefits | $ .. per $100 of insured payroll |
|---|---|
| Waste Management, Inc. | $ .266 |
| Onyx Industrial Services, Inc. | .266 |
| Prior USA Waste | .350 |

For Long Term Disability Benefits, the amount of an employee's Earnings which is disregarded in determining his Monthly Benefit because of the Maximum Monthly Benefit limitation will also be disregarded in determining the amount of the total insured payroll.

The Initial Monthly Premium Rates may be converted as follows:

| To Convert Rates to: | Use a Conversion Factor of: |
|---|---|
| -- annual rates | 11.8227 |
| -- semi-annual rates | 5.9557 |
| -- quarterly rates | 2.9852 |

GR-11383-HLA(4)

PI-4.04

HLI0005

11

**PREMIUMS**
**(Continued)**

**Change in Monthly Premium Rates**
Initial Monthly Premium rates are guaranteed as follows:

<u>Long Term Disability Benefits</u>                                   until December 31, 2001

Subject to the Rate Guarantee period shown above, Hartford Life has the right to change premium rates on any premium due date if:
- written notice is delivered to the Policyholder's last address on record; and
- the change is effective at least 31 days after the date of notice.

The rate guarantee described above (the "Rate Guarantee") supersedes only those provisions appearing elsewhere in this policy which give Hartford Life the right to change the premium rates, and then, only for the period of time stated for the Rate Guarantee. However, Hartford Life may change the premium rates during the Rate Guarantee period if there is a change in the group policy, or if there is a 10% increase or decrease in the number of insured employees, or if the Policyholder adds or deletes a subsidiary or affiliated business entity. Hartford Life may also change the premium rates during the Guarantee Period if there has been a material misstatement in the reported experience during the pre-sale process. The Rate Guarantee in no way affects, amends or supersedes any other provision in this policy.

**Calculation**
Premiums may be calculated by multiplying the rate times the applicable number of units of coverage.

If any insurance is added, increased or becomes effective after the policy is in force, the premium charges will begin:
- the day the coverage is effective, if it is also the first day of a policy month; or if not
- the first day of the next policy month.

For insurance which is terminated, premium charges will stop as of the first day of the next policy month.

Premiums may be calculated by any other method which both Hartford Life and the Policyholder agree to in writing.

GR-11383-HLA(5)                                                                                     PI-5.17

HLI0006

**PREMIUMS**
(Continued)

**Premium Payments**
Premium payments are due and payable in full to a place designated by Hartford Life or, with respect to the initial premium payment, premium payments may be made to an authorized agent of Hartford Life.

Payment of premiums for a period before it is due will not guarantee the insurance for that period.

**Experience Rating**
If the policy is experience rated, any credit amount due the Policyholder will be allowed him on the Policy Anniversary Date and, at the Policyholder's request, will be:

- paid to him in cash;
- used to reduce his premiums; or
- used to provide additional insurance for Covered Persons.

Any credit amount shall be determined by the rating plan or plans used by Hartford Life.

GR-11383-HLA(6)                                                                                   PI-6.00

HLI0007

11

## POLICY PROVISIONS

**Entire Contract**
The contract between the parties consists of:
- the policy;
- the application of the Policyholder, a copy of which is attached to and made a part of the policy when issued; and
- the applications, if any, of each insured person.

All statements made by the Policyholder, Participant Employers, and persons insured under the policy are true and complete to the best of the knowledge and belief of the person(s) making them. No statement will be used in any contest unless it is in writing and a copy of it is given to the person who made it, or to his beneficiary.

**Incontestability**
Except for non-payment of premium, the insurance provided by the policy cannot be contested after such insurance has been in effect for a period of 2 years.

**Change in The Policy**
No change may be made unless approved in writing by the President; or a Vice President; an Assistant Vice President; a Secretary; or an Assistant Secretary of Hartford Life. No other person may change or waive any part of the policy. Any approved change shall be added to the policy in writing.

If any change to state or federal law, including but not limited to the Federal Social Security Act, affects Hartford Life's liability under the policy, Hartford Life may change the policy, the premiums or both. Such change:
- will be effective as of the date of the change to the state or federal law;
- will not be made until Hartford Life gives the Policyholder 31 days notice.

**Right to Amend**
Notwithstanding the above, after the policy has been in force for 12 months, Hartford Life may change any or all of the provisions of this contract by notifying the Policyholder. Hartford Life must give the Policyholder at least 31 days advance written notice of any change.

**Grace Period**
Hartford Life will allow the Policyholder a 60 day grace period for the payment of all premiums after the first. During this 60 day period, the policy will stay in force. If the owed premium is not paid by the 60th day, the policy will automatically terminate. If the Policyholder gives Hartford Life written advance notice of an earlier cancellation date, the policy will terminate on the earlier date. Premium is due for each day the policy is in force.

HLI0008

B

**POLICY PROVISIONS**
**(Continued)**

**Termination of Policy**
Hartford Life may terminate the policy for the following reasons by giving the Policyholder 31 days written notice:
- The Policyholder fails to furnish any information which Hartford Life may reasonably require;
- The Policyholder fails to perform any of his other obligations pertaining to this policy;
- Less than 100% of the persons eligible for coverage on a Non-contributory Basis are insured; or
- Less than 75% of the persons eligible for coverage on a Contributory Basis are insured.
- Fewer than 10 persons are insured.

In addition, Hartford Life may terminate this policy on any premium due date after the policy has been in force for 12 months.

**Certificate**
Hartford Life will give the Policyholder an individual Booklet-certificate for each insured employee. The Booklet-certificate is part of the policy, and will explain the important features of the policy.

**Data To Be Furnished**
The Policyholder will give Hartford Life all information Hartford Life needs regarding matters pertaining to the insurance. At any reasonable time while the policy is in force and for 1 year after that, Hartford Life may inspect any of the Policyholder's documents, books, or records which may affect the insurance or premiums of this policy.

If the Policyholder gives Hartford Life any incorrect information, the relevant facts will be determined to establish if insurance is in effect and in what amount.

No person will be deprived of insurance to which he is otherwise entitled or have insurance to which he is not entitled, because of any misstatement of fact by the Policyholder. Any required adjustment may be made in premiums or benefits.

**No Replacement for Workers' Compensation**
The policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Time Period**
All periods begin and end at 12:01 A.M., standard time, at the Policyholder's address.

**Jurisdiction**
This policy is governed by the laws of the state where it is delivered.

HLI0009

**IMPORTANT INFORMATION ABOUT COVERAGE UNDER THE TEXAS LIFE, ACCIDENT, HEALTH AND HOSPITAL SERVICE INSURANCE GUARANTY ASSOCIATION**

Texas law establishes a system, administered by the Texas Life, Accident, Health and Hospital Service Insurance Guaranty Association (the "Association"), to protect policyholders if their life or health insurance company fails to or cannot meet its contractual obligations. Only the policyholders of insurance companies which are members of the Association are eligible for this protection. However, even if a company is a member of the Association, protection is limited and policyholders must meet certain guidelines to qualify. (The law is found in the Texas Insurance Code, Article 21.28-D.)

**BECAUSE OF STATUTORY LIMITATIONS ON POLICYHOLDER PROTECTION, IT IS POSSIBLE THAT THE ASSOCIATION MAY NOT COVER YOUR POLICY OR MAY NOT COVER YOUR POLICY IN FULL.**

**Eligibility for Protection by the Association**
When an insurance company which is a member of the Association is designated as impaired by the Texas Commissioner of Insurance, the Association provides coverage to policyholders who are:
- **residents of Texas** at the time that their insurance company is impaired
- **residents of other states,** ONLY if the following conditions are met:
  - The policyholder has a policy with a company based in Texas;
  - The company has never held a license in the policyholder's state of residence;
  - The policyholder's state of residence has a similar guaranty association; and
  - The policyholder is not eligible for coverage by the guaranty association of the policyholder's state of residence.

**Limits of Protection by the Association**

**Accident, Accident and Health, or Health Insurance:**
  up to a total of $200,000 for one or more policies for each individual covered.
**Life Insurance:**
  net cash surrender value up to a total of $100,000 under one or more policies on any one life; or
  death benefits up to a total of $300,000 under one or more policies on any one life.
**Individual Annuities:**
  net cash surrender amount up to a total of $100,000 under one or more policies owned by one contractholder.
**Group Annuities:**
  net cash surrender amount up to $100,000 in allocated benefits under one or more policies owned by one contractholder; or
  net cash surrender amount up to $5,000,000 in unallocated benefits under one contractholder regardless of the number of contracts.

**THE INSURANCE COMPANY AND ITS AGENTS ARE PROHIBITED BY LAW FROM USING THE EXISTENCE OF THE ASSOCIATION FOR THE PURPOSE OF SALES, SOLICITATION, OR INDUCEMENT TO PURCHASE ANY FORM OF INSURANCE.**

**When you are selecting an insurance company, you should not rely on coverage by the Association.**

Texas Life, Accident, Health and Hospital        Texas Department of Insurance
Service Ins. Guaranty Association                P.O. Box 149104
301 Congress, Suite 500                          Austin, Texas 78714-9104
Austin, Texas 78701                               800-252-3439
800-982-6362

HLI0010

# GROUP
# BENEFIT
# PLAN

## WASTE MANAGEMENT, INC.

Salary and Hourly Employees who are
not subject to a collective bargaining agreement

**Long Term Disability**

HLI0011

## TABLE OF CONTENTS

### Group Long Term Disability Benefits

|  | PAGE |
|---|---|
| CERTIFICATE OF INSURANCE | 3 |
| SCHEDULE OF INSURANCE | 4 |
| Must you contribute toward the cost of coverage? | 4 |
| Who is eligible for coverage? | 4 |
| When will You become eligible? (Eligibility Waiting Period) | 4 |
| ELIGIBILITY AND ENROLLMENT | 5 |
| When does your coverage start? | 6 |
| When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start? | 6 |
| BENEFITS | 6 |
| When do benefits become payable? | 6 |
| When will benefit payments terminate? | 7 |
| What happens if you return to work but become Disabled again? | 7 |
| CALCULATION OF MONTHLY BENEFIT | 8 |
| What is Rehabilitation? | 9 |
| Family Care Credit Benefit | 9 |
| Survivor Income Benefit | 10 |
| PRE-EXISTING CONDITIONS LIMITATIONS | 10 |
| Are there any other limitations on coverage? | 10 |
| EXCLUSIONS | 11 |
| What Disabilities are not covered? | 11 |
| TERMINATION | 12 |
| When does your coverage terminate? | 12 |
| Does your coverage continue if your employment terminates because you are Disabled? | 12 |
| CONVERSION PRIVILEGE | 12 |
| GENERAL PROVISIONS | 13 |
| DEFINITIONS | 16 |
| ERISA | 20 |

PS-M-90

HLI0012

INSURER INFORMATION NOTICE

| IMPORTANT NOTICE | AVISO IMPORTANTE |
|---|---|
| To obtain information or make a Complaint: | Para Obtener Informacion O Para Someter Una Queja: |
| You may call Hartford Life's toll-free telephone number for information or to make a complaint at: | Usted puede llamar al numero de telefono gratis de Hartford's para informacion o para de someter una queja al: |
| **1-800-752-9713 if about a claim**<br>**1-800-523-2233 if not about a claim** | **1-800-752-9713 ascerca de un reclamo**<br>**1-800-523-2233 para una queja** |
| You may also write to<br>Hartford Life<br>P.O. Box 2999<br>Hartford, CT  06104-2999 | Usted tambien puede escribir a<br>Hartford Life<br>P.O. Box 2999<br>Hartford, CT  06104-2999 |
| You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at: | Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias coberturas, derechos o quejas al: |
| **1-800-252-3439** | **1-800-252-3439** |
| You may write the<br>Texas Department of Insurance<br>P.O. Box 149104<br>Austin, TX  78714-9104<br>FAX # (512)475-1771 | Puede escribir al<br>Departamento de Seguros de Texas<br>P.O. Box 149104<br>Austin, TX  78714-9104<br>FAX # (512)475-1771 |
| **PREMIUM OR CLAIM DISPUTES:**<br>Should you have a dispute concerning your premium or about a claim you should contact Hartford Life first.  If the dispute is not resolved, you may contact the Texas Department of Insurance. | **DISPUTAS SOBRE PRIMAS O RECLAMOS:**<br>Si tiene una disputa concerniente a su prima o a un reclamo debe comunicarse con el (la compania) Hartford primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI). |
| **ATTACH THIS NOTICE TO YOUR POLICY:**<br>This notice is for information only and does not become a part or condition of the attached document. | **UNA ESTE AVISO A SU POLIZA:**<br>Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto. |

**THE INSURANCE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE.  YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**

HLI0013

**HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**
Hartford, Connecticut
(Herein called Hartford Life)

---

**CERTIFICATE OF INSURANCE**
Under
**The Group Insurance Policy**
**as of the Effective Date**
Issued by
**HARTFORD LIFE**
to
**The Policyholder**

---

This is to certify that Hartford Life has issued and delivered the Group Insurance Policy to The Policyholder.

The Group Insurance Policy insures the employees of the Policyholder who:
- are eligible for the insurance;
- become insured; and
- continue to be insured;
according to the terms of the Policy.

The terms of the Group Insurance Policy which affect an employee's insurance are contained in the following pages. This Certificate of Insurance and the following pages will become your Booklet-certificate. The Booklet-certificate is a part of the Group Insurance Policy.

This Booklet-certificate replaces any other which Hartford Life may have issued to the Policyholder to give to you under the Group Insurance Policy specified herein.

Christine Hayer Repasy, *Secretary*        Thomas M. Marra, *President*

---

3

**HLI0014**

## SCHEDULE OF INSURANCE

Final interpretation of all provisions and coverages will be governed by the Group Insurance Policy on file with Hartford Life at its home office.

| | |
|---|---|
| Policyholder: | WASTE MANAGEMENT, INC. |
| Group Insurance Policy: | GLT-044353 |
| Plan Effective Date: | January 1, 1999 |

**THE BENEFITS DESCRIBED HEREIN ARE THOSE IN EFFECT AS OF JANUARY 1, 2002.**

This plan of Disability Insurance provides you with loss of income protection if you become disabled from a covered accidental bodily injury, sickness or pregnancy.

**Must you contribute toward the cost of coverage?**
You do not contribute toward the cost of coverage.

**Who is eligible for coverage?**

| | |
|---|---|
| Eligible Class(es): | All Active Full-time Salary and Hourly Employees of Waste Management, Inc. who are not subject to a collective bargaining agreement and who are U.S. citizens or U.S. residents, excluding temporary and seasonal Employees |
| Full-time Employees: | 30 hours weekly |
| **Maximum Monthly Benefit:** | $10,000 |
| **Benefit Percentage:** | 60% |

**When will You become eligible? (Eligibility Waiting Period)**
You will be eligible for coverage on the date on which You complete a waiting period of 90 days of continuous service.

The waiting period will be reduced by the period of time You were an Active Full-time Employee with the Employer under the Prior Plan.

All Active Full-time Employees who were formerly hired as a Temporary Employee will have their length of employment as a Temporary Employee credited toward the waiting period.

If you return to work for the Employer within 12 months of terminating your employment, your service as a former Employee, in an Eligible Class, will be used toward satisfying the Eligibility Waiting Period requirement.

**The Elimination Period** is the period of time you must be Disabled before benefits become payable. It is the last to be satisfied of the following:
1. the first 180 consecutive day(s) of any one period of Disability; or
2. with the exception of benefits required by state law, the expiration of any Employer sponsored short term disability benefits or salary continuation program.

044353(GLT)1 Rev 2

**HLI0015**

## MAXIMUM DURATION OF BENEFITS TABLE

| Age When Disabled | Benefits Payable |
|---|---|
| Prior to Age 63 | To Normal Retirement Age or 48 months, if greater |
| Age 63 | 42 months |
| Age 64 | 36 months |
| Age 65 | 30 months |
| Age 66 | 27 months |
| Age 67 | 24 months |
| Age 68 | 21 months |
| Age 69 and over | 18 months |

Normal Retirement Age means the Social Security Normal Retirement Age as stated in the 1983 revision of the United States Social Security Act. It is determined by your date of birth as follows:

| Year of Birth | Normal Retirement Age |
|---|---|
| 1937 or before | 65 |
| 1938 | 65 + 2 months |
| 1939 | 65 + 4 months |
| 1940 | 65 + 6 months |
| 1941 | 65 + 8 months |
| 1942 | 65 + 10 months |
| 1943 thru 1954 | 66 |
| 1955 | 66 + 2 months |
| 1956 | 66 + 4 months |
| 1957 | 66 + 6 months |
| 1958 | 66 + 8 months |
| 1959 | 66 + 10 months |
| 1960 or after | 67 |

The above table shows the maximum duration for which benefits may be paid. All other limitations of the plan will apply.

## ELIGIBILITY AND ENROLLMENT

**Who are Eligible Persons?**
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**When will you become eligible?**
You will become eligible for coverage on either:
1. the Plan Effective Date, if you have completed the Eligibility Waiting Period; or if not
2. the date on which you complete the Eligibility Waiting Period.

See the Schedule of Insurance for the Eligibility Waiting Period.

**How do you enroll?**
Eligible Persons will be enrolled automatically by the Employer.

5

HLI0016

11

## WHEN COVERAGE STARTS

**When does your coverage start?**
If you are not required to contribute toward the plan's cost, your coverage will start on the date you become eligible.

### DEFERRED EFFECTIVE DATE

**When will coverage become effective if a disabling condition causes you to be absent from work on the date it is to start?**
If you are absent from work due to:
1.  accidental bodily injury;
2.  sickness;
3.  pregnancy;
4.  Mental Illness; or
5.  Substance Abuse,

on the date your insurance or increase in coverage would otherwise have become effective, your effective date will be deferred. Your insurance, or increase in coverage will not become effective until you are Actively at Work for one full day.

### CHANGES IN COVERAGE

**Do coverage amounts change if there is a change in your class or your rate of pay?**
Your coverage may increase or decrease on the date there is a change in your class or Monthly Rate of Basic Earnings. However, no increase in coverage will be effective unless on that date you:
1.  are an Active Full-time Employee; and
2.  are not absent from work due to being Disabled.

If you were so absent from work, the effective date of such increase will be deferred until you are Actively at Work for one full day.

No change in your Rate of Basic Earnings will become effective until the date we receive notice of the change.

**What happens if the Employer changes the plan?**
Any increase or decrease in coverage because of a change in the Schedule of Insurance will become effective on the date of the change, subject to the following limitations on an increase:
1.  the Deferred Effective Date provision; and
2.  Pre-existing Conditions Limitations.

### BENEFITS

**When do benefits become payable?**
You will be paid a monthly benefit if:
1.  you become Disabled while insured under this plan;
2.  you are Disabled throughout the Elimination Period;
3.  you remain Disabled beyond the Elimination Period;
4.  you are, and have been during the Elimination Period, under the Regular Care of a Physician; and
5.  you submit Proof of Loss satisfactory to us.

Benefits accrue as of the first day after the Elimination Period and are paid monthly.

**HLI0017**

**When will benefit payments terminate?**

We will terminate benefit payment on the first to occur of:

1. the date you are no longer Disabled as defined;
2. the date you fail to furnish Proof of Loss, when requested by us;
3. the date you are no longer under the Regular Care of a Physician, or refuse our request that you submit to an examination by a Physician;
4. the date you die;
5. the date your Current Monthly Earnings exceed:
    a) 80% of your Indexed Pre-disability Earnings if you are receiving benefits for being Disabled from Your Occupation;
    b) an amount that is equal to the product of your Indexed Pre-disability Earnings and the Benefit Percentage if you are receiving benefits for being Disabled from Any Occupation;
6. the date determined from the Maximum Duration of Benefits Table shown in the Schedule of Insurance;
7. the date no further benefits are payable under any provision in this plan that limits benefit duration; or
8. the date you refuse to participate in a Rehabilitation program or, refuse to cooperate with or try:
    a) modifications made to the work site or job process to accommodate your identified medical limitations to enable you to perform the Essential Duties of Your Occupation;
    b) adaptive equipment or devices designed to accommodate your identified medical limitations to enable you to perform the Essential Duties of Your Occupation;
    c) modifications made to the work site or job process to accommodate your identified medical limitations to enable you to perform the Essential Duties of Any Occupation, if you were receiving benefits for being disabled from Any Occupation; or
    d) adaptive equipment or devices designed to accommodate your identified medical limitations to enable you to perform the Essential Duties of Any Occupation, if you were receiving benefits for being disabled from Any Occupation,

    provided a qualified Physician agrees that such modifications, Rehabilitation program or adaptive equipment accommodate your medical limitation; or
9. the date you refuse to receive recommended treatment that is generally acknowledged by physicians to cure, correct or limit the disabling condition.

## MENTAL ILLNESS AND SUBSTANCE ABUSE BENEFITS

**Are benefits limited for Mental Illness or Substance Abuse?**

If you are Disabled because of:

1. Mental Illness that results from any cause;
2. any condition that may result from Mental Illness;
3. alcoholism; or
4. the non-medical use of narcotics, sedatives, stimulants, hallucinogens, or any other such substance,

then, subject to all other Policy provisions, benefits will be payable:

1. only for so long as you are confined in a hospital or other place licensed to provide medical care for the disabling condition; or
2. when you are not so confined, a total of 12 months for all such Disabilities during your lifetime.

## RECURRENT DISABILITY

**What happens if you return to work but become Disabled again?**

Attempts to return to work as an Active Full-time Employee during the Elimination Period will not interrupt the Elimination Period, provided no more than 30 such return-days are taken.

Any day you were Actively at Work will not count towards the Elimination Period.

HLI0018

After the Elimination Period, when a return to work as an Active Full-time Employee is followed by a recurrent Disability, and such Disability is:
1.    due to the same cause; or
2.    due to a related cause; and
3.    within 6 month(s) of the return to work,

the Period of Disability prior to your return to work and the recurrent Disability will be considered one Period of Disability, provided the Group Insurance Policy remains in force.

If you return to work as an Active Full-time Employee for 6 month(s) or more, any recurrence of a Disability will be treated as a new Disability. A new Disability is subject to a new Elimination Period and a new Maximum Duration of Benefits. The Elimination Period and Maximum Duration of Benefits Table are in the Schedule of Insurance. The term "Period of Disability" as used in this provision means a continuous length of time during which you are Disabled under this plan.

## CALCULATION OF MONTHLY BENEFIT

**How are Disability benefits calculated?**

**Return to Work Incentive**
If you remain Disabled after the Elimination Period, but work while you are Disabled, we will determine your Monthly Benefit for a period of up to 12 consecutive months as follows:
1.    multiply your Pre-Disability Earnings by the Benefit Percentage;
2.    compare the result with the Maximum Benefit; and
3.    from the lesser amount, deduct Other Income Benefits.

Current Monthly Earnings will not be used to reduce your Monthly Benefit. However, if the sum of your Monthly Benefit and your Current Monthly Earnings exceeds 100% of your Pre-disability Earnings, we will reduce your Monthly Benefit by the amount of excess.

The 12 consecutive month period will start on the last to occur of:
1.    the day you first start such work; or
2.    the end of the Elimination Period.

If you are Disabled and not receiving benefits under the Return to Work Incentive, we will calculate your Monthly Benefit as follows:
1.    multiply your Monthly Income Loss by the Benefit Percentage;
2.    compare the result with the Maximum Benefit; and
3.    from the lesser amount, deduct Other Income Benefits.

The result is your Monthly Benefit.

**What happens if the sum of the Monthly Benefit, Current Monthly Earnings and Other Income Benefits exceeds 100% of Pre-disability Earnings?**
We will reduce your Monthly Benefit by the amount of the excess.

**How is the benefit calculated for a period of less than a month?**
If a Monthly Benefit is payable for less than a month, we will pay 1/30 of the Monthly Benefit for each day you were Disabled.

Benefit Percentages and Maximum Benefits are shown in the Schedule of Insurance.

HLI0019

# REHABILITATION

**What is Rehabilitation?**
Rehabilitation is a process of working together to plan, adapt, and put into use options and services to meet your return to work needs.

A Rehabilitation program may include, when we consider it to be appropriate, any necessary and feasible:
1.  vocational testing;
2.  vocational training;
3.  alternative treatment plans such as:
     a)  support groups;
     b)  physical therapy;
     c)  occupational therapy; and
     d)  speech therapy;
4.  work-place modification to the extent not otherwise provided; and
5.  job placement,

and similar services.

## FAMILY CARE CREDIT BENEFIT

**What if you must incur expenses for Family Care Services in order to participate in a Rehabilitative program?**
If you are working as part of a program of Rehabilitative Employment, we will, for the purpose of calculating your benefit, deduct the cost of Family Care from earnings received from a Rehabilitative program, subject to the following limitations:
1.  Family Care means the care or supervision of:
     a)  your children under age 13; or
     b)  a member of your household who is mentally or physically handicapped and dependent upon you for support and maintenance;
2.  the maximum monthly deduction allowed for each qualifying child or family member is:
     a)  $350 during the first 12 months of Rehabilitative Employment; and
     b)  $175 thereafter,
     c)  but in no event may the deduction exceed the amount of your monthly earnings;
3.  Family Care Credits may not exceed a total of $2,500 during a calendar year;
4.  the deduction will be reduced proportionally for periods of less than a month;
5.  the charges for Family Care must be documented by a receipt from the caregiver;
6.  the credit will cease on the first to occur of the following:
     a)  you are no longer in a Rehabilitative program; or
     b)  Family Care Credits for 24 months have been deducted during your Disability; and
7.  no Family Care provided by an immediate relative of the family member receiving the care will be eligible as a deduction under this provision.  An immediate relative is a spouse, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter or grandchild.

Your Current Monthly Earnings after the deduction of your Family Care Credit will be used to determine your Monthly Income Loss.  In no event will you be eligible to receive a Monthly Benefit under the plan if your Current Monthly Earnings before the deduction of the Family Care Credit exceed 80% of your Indexed Pre-disability Earnings.

HLI0020

## SURVIVOR INCOME BENEFIT

**Will your survivors receive a benefit if you should die while receiving Disability Benefits?**
If you die while receiving benefits under this plan, a Survivor Benefit will be payable to:
1.  your surviving Spouse;
2.  your surviving Child(ren), in equal shares, if there is no surviving Spouse; or
3.  your estate, if there is no surviving Spouse or Child.

If a minor Child is entitled to benefits, we may, at our option, make benefit payments to the person caring for and supporting the Child until a legal guardian is appointed.

The Benefit is one payment of an amount that is 3 times the lesser of:
1.  your Monthly Income Loss multiplied by the Benefit Percentage; or
2.  the Maximum Monthly Benefit shown in the Schedule of Insurance.

The following terms apply to this Benefit:
1.  "Spouse" means your wife or husband who:
    a)  is mentally competent; and
    b)  was not legally separated from you at the time of your death; and
2.  "Child" means your son or daughter under age 25 who is dependent on you for financial support.

## PRE-EXISTING CONDITIONS LIMITATIONS

**Are there any other limitations on coverage?**
No benefit will be payable under the plan for any Disability that is due to, contributed to by, or results from a Pre-existing Condition, unless such Disability begins after the last day of 12 consecutive month(s) during which you have been continuously insured under this plan.

**Pre-existing Condition** means:
1.  any accidental bodily injury, sickness, Mental Illness, pregnancy, or episode of Substance Abuse; or
2.  any manifestations, symptoms, findings, or aggravations related to or resulting from such accidental bodily injury, sickness, Mental Illness, pregnancy, or Substance Abuse;

for which you received Medical Care during the 3 month period that ends the day before:
1.  your effective date of coverage; or
2.  the effective date of a Change in Coverage.

**Medical Care** is received when:
1.  a Physician is consulted or medical advice is given; or
2.  treatment is recommended, prescribed by, or received from a Physician.

Treatment includes but is not limited to:
1.  medical examinations, tests, attendance or observation; and
2.  use of drugs, medicines, medical services, supplies or equipment.

## CONTINUITY FROM A PRIOR PLAN

**Is there continuity of coverage from a Prior Plan?**
If you were:
1.  insured under the Prior Plan;
2.  Actively at Work; and
3.  not eligible to receive benefits under the Prior Plan,

on the day before the Plan Effective Date, the Deferred Effective Date provision will not apply to you.

HLI0021

If you become insured under the Group Insurance Policy on the Plan Effective Date and were covered under the Prior Plan on the day before the Plan Effective Date, the Pre-existing Conditions Limitation will cease to apply on the first to occur of the following dates:

1. the Plan Effective Date, if your coverage for the Disability was not limited by a pre-existing condition restriction under the Prior Plan; or
2. if your coverage was limited by a pre-existing condition restriction under the Prior Plan, the date the restriction would have ceased to apply had the Prior Plan remained in force.

The amount of the Monthly Benefit payable for a Pre-existing Condition in accordance with the previous paragraph will be the lesser of:

1. the Monthly Benefit which was paid by the Prior Plan; or
2. the Monthly Benefit provided by this plan.

No payment shall be made after the earlier to occur of:

1. the date payments would have ceased under the Prior Plan; or
2. the date payments cease under this plan.

If you received Monthly Benefits for Disability under the Prior Plan, and:

1. you returned to work as an Active Full-time Employee before the Effective Date of this plan;
2. within 6 months of the return to work, you have a recurrence of the same Disability under this plan; and
3. there are no benefits available for the recurrence under the Prior Plan,

the Elimination Period of this plan, which would otherwise apply to the recurrence, will be waived if the recurrence would have been covered without any further Elimination Period under the Prior Plan had it remained in force.

## EXCLUSIONS

**What Disabilities are not covered?**

The plan does not cover, and no benefit shall be paid for any Disability:

1. unless you are under the Regular Care of a Physician;
2. that is caused or contributed to by war or act of war (declared or not);
3. caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation; or
4. caused or contributed to by an intentionally self-inflicted injury.

If you are receiving or are eligible for benefits for a Disability under a prior disability plan that:

1. was sponsored by the Employer; and
2. was terminated before the Effective Date of this plan,

no benefits will be payable for the Disability under this plan.

HLI0022

## TERMINATION

**When does your coverage terminate?**
You will cease to be covered on the earliest to occur of the following dates:
1.  the date the Group Insurance Policy terminates;
2.  the date the Group Insurance Policy no longer insures your class;
3.  the date premium payment is due but not paid by the Employer;
4.  the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
5.  the date you cease to be an Active Full-time Employee in an eligible class including:
    a)  temporary layoff;
    b)  leave of absence; or
    c)  a general work stoppage (including a strike or lockout); or
6.  the date your Employer ceases to be a Participant Employer, if applicable.

**Does your coverage continue if your employment terminates because you are Disabled?**
If you are Disabled and you cease to be an Active Full-time Employee, your insurance will be continued:
1.  during the Elimination Period while you remain Disabled by the same Disability; and
2.  after the Elimination Period for as long as you are entitled to benefits under the Policy.

**Must premiums be paid during a Disability?**
No premium will be due for you:
1.  after the Elimination Period; and
2.  for as long as benefits are payable.

**Do benefits continue if the plan terminates?**
If you are entitled to benefits while Disabled and the Group Insurance Policy terminates, benefits:
1.  will continue as long as you remain Disabled by the same Disability; but
2.  will not be provided beyond the date we would have ceased to pay benefits had the insurance remained in force.

Termination for any reason of the Group Insurance Policy will have no effect on our liability under this provision.

**May coverage be continued during a family or medical leave?**
If you are granted a leave of absence according to the Family and Medical Leave Act of 1993, your Employer may continue your insurance for up to 12 weeks, or longer if required by state law, following the date your coverage would have terminated, subject to the following:
1.  the leave authorization must be in writing;
2.  the required premium for you must be paid;
3.  your benefit level, or the amount of earnings upon which your benefit may be based, will be that in effect on the day before said leave commenced; and
4.  such continuation will cease immediately if one of the following events should occur:
    a)  the leave terminates prior to the agreed upon date;
    b)  the termination of the Group Insurance Policy;
    c)  non-payment of premium when due by the Policyholder or you;
    d)  the Group Insurance Policy no longer insures your class; or
    e)  your Employer ceases to be a Participant Employer, if applicable.

## CONVERSION PRIVILEGE

**Under what conditions can your Long Term Disability Coverage be converted to another plan?**
If your insurance terminates because:
1.  your employment ends for a reason other than your retirement; or
2.  you are no longer in an eligible class,

and if:

HLI0023

1.  you have been continuously insured for at least 12 consecutive months under this plan or under this plan and the Prior Plan;
2.  you are under the Limiting Age, if any is shown in the Schedule of Insurance;
3.  a Disability is not preventing you from performing duties of Your Occupation;
4.  the insurance for your class or the plan has not terminated;
5.  you are not eligible for coverage under the plan under another class; and
6.  you are not eligible or covered for similar benefits under another group plan or an individual policy,

then you are eligible to enroll for personal insurance under another group policy called the Group Long Term Disability Conversion Policy.

Prior Plan, as used in this Conversion Privilege provision, means the plan of group long term disability insurance that was provided or sponsored by the Employer and terminated on the day before the Plan Effective Date.

**How to convert**
To obtain coverage under the Group Long Term Disability Conversion Policy, the following must be done within 31 days of the termination of group insurance:
1.  a written enrollment request must be made to us; and
2.  the required premium and enrollment fee for the conversion policy must be paid.

If the preceding conditions are met, we will issue to you a certificate of insurance under the Group Long Term Disability Conversion Policy. Such coverage will:
1.  be issued without medical evidence of insurability;
2.  be on one of the forms then being issued by us for conversion purposes; and
3.  be effective on the day following the date your insurance under this plan terminates.

The coverage available under the conversion policy may differ from this plan. The terms of the Group Long Term Disability Conversion Policy, including:
1.  the type and amount of coverage provided; and
2.  the premium payable,

will be determined by the kinds of insurance being provided by the Group Long Term Disability Conversion Policy at the time such enrollment request is made.

## GENERAL PROVISIONS

**What happens if facts are misstated?**
If material facts about you were not stated accurately:
1.  your premium may be adjusted; and
2.  the true facts will be used to determine if, and for what amount, coverage should have been in force.

No statement made by you relating to your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during your lifetime. In order to be used, the statement must be in writing and signed by you.

**When should we be notified of a claim?**
You must give us written notice of a claim within 30 days after Disability starts. If notice cannot be given within that time, it must be given as soon as possible. Such notice must include your name, your address and the Group Insurance Policy number.

**Are special forms required to file a claim?**
When we receive a notice of claim, you will be sent forms for providing us with Proof of Loss. We will send these forms within 15 days after receiving a notice of claim. If we do not send the forms within 15 days, you may submit any other written proof which fully describes the nature and extent of your claim.

**What is Proof of Loss?**

13

HLI0024

ii

Proof of Loss may include but is not limited to the following:
1.  documentation of:
    a)  the date your Disability began;
    b)  the cause of your Disability;
    c)  the prognosis of your Disability;
    d)  your Earnings or income, including but not limited to copies of your filed and signed federal and state tax returns; and
    e)  evidence that you are under the Regular Care of a Physician;
2.  any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
3.  the names and addresses of all:
    a)  Physicians and practitioners of healing arts you have seen or consulted;
    b)  hospitals or other medical facilities in which you have been seen or treated; and
    c)  pharmacies which have filled your prescriptions within the past three years;
4.  your signed authorization for us to obtain and release:
    a)  medical, employment and financial information; and
    b)  any other information we may reasonably require;
5.  your signed statement identifying all Other Income Benefits; and
6.  proof that you and your dependents have applied for all Other Income Benefits which are available.  You will not be required to claim any retirement benefits which you may only get on a reduced basis.

All proof submitted must be satisfactory to us.

**When must Proof of Loss be given?**
Written Proof of Loss must be sent to us within 90 days after the start of the period for which we owe payment.  If proof is not given by the time it is due, it will not affect the claim if:
1.  it was not possible to give proof within the required time; and
2.  proof is given as soon as possible; but
3.  not later than 1 year after it is due, unless you are not legally competent.

We may request Proof of Loss throughout your Disability.  In such cases, we must receive the proof within 30 days of the request.

**When must one apply for Social Security Benefits?**
You will be required to apply for Social Security disability benefits when the duration of your Disability meets the minimum duration required to apply for such benefits.  If the Social Security Administration denies your eligibility for benefits, you will be required:
1.  to follow the process established by the Social Security Administration to reconsider the denial; and
2.  if denied again, to request a hearing before an Administrative Law Judge of the Office of Hearing and Appeals.

**What additional Proof of Loss are we entitled to?**
We may have you examined to determine if you are Disabled.  Any such examination will be:
1.  at our expense; and
2.  as reasonably required by us.

**Who gets the benefit payments?**
All payments are payable to you.  Any payments owed at your death may be paid to your estate. If any payment is owed to your estate, a person who is a minor or a person who is not legally competent, then we may pay up to $1,000 to any of your relatives who is entitled to it in our opinion.  Any such payment shall fulfill our responsibility for the amount paid.

**When are payment checks issued?**
When we determine that you are Disabled and eligible to receive benefits, we will pay accrued benefits at the end of each month that you are Disabled.  We may, at our option, make an advance benefit payment based on our estimated duration of your Disability.  If any payment is due after a claim is terminated, it will be paid as soon as satisfactory Proof of Loss is received.

HLI0025

**What notification will you receive if your claim is denied?**
If a claim for benefits is wholly or partly denied, you will be furnished with written notification of the decision. This written decision will:
1. give the specific reason(s) for the denial;
2. make specific reference to the Policy provisions on which the denial is based;
3. provide a description of any additional information necessary to prepare a claim and an explanation of why it is necessary; and
4. provide an explanation of the review procedure.

**What recourse do You have if Your claim is denied?**
On any claim, the claimant or His representative must appeal to Us for a full and fair review.
1. You must request a review upon written application within:
   a) 180 days of receipt of claim denial if the claim requires a determination of disability, or
   b) 60 days of receipt of claim denial for all other claims; and
2. you may request copies of all documents, records, and other information relevant to your claim; and
3. you may submit written comments, documents, records, and other information relating to your claim.

We will respond to you in writing with our final decision on your claim.

**When can legal action be started?**
Legal action cannot be taken against us:
1. sooner than 60 days after due Proof of Loss has been furnished; or
2. three years after the time written Proof of Loss is required to be furnished according to the terms of the Policy (five years in Kansas; six years in South Carolina).

**What happens if benefits are overpaid?**
An overpayment occurs when it is determined that the total amount we have paid in benefits is more than the amount that was due to you under the plan. This includes, but is not limited to, overpayments resulting from:
1. retroactive awards of Other Income Benefits;
2. failure to report, or late notification to us of Other Income Benefits or earned income;
3. misstatement; or
4. an error we may make.

We have the right to recover from you any amount that is an overpayment of benefits under this plan. You must refund to us the overpaid amount. We may also, without forfeiting our right to collect an overpayment through any means legally available to us, recover all or any portion of an overpayment by reducing or withholding future benefit payments, including the Minimum Monthly Benefit.

**What are our subrogation rights?**
If an Insured Person:
1. suffers a Disability because of the act or omission of a third party;
2. becomes entitled to and is paid benefits under the Group Insurance Policy in compensation for lost wages; and
3. does not initiate legal action for the recovery of such benefits from the third party in a reasonable period of time,

then we will be subrogated to any rights the Insured Person may have against the third party and may, at our option, bring legal action to recover any payments made by us in connection with the Disability.

**How do we deal with fraud?**
Insurance Fraud occurs when you and/or your Employer, with the intent to injure, defraud or deceive us, provides us with false information or files a claim for benefits that contains any false, incomplete or misleading information. It is a crime if you and/or your Employer commit Insurance Fraud. We will use all means available to us to detect, investigate, deter and prosecute those who commit Insurance Fraud. We will pursue all available legal remedies if you and/or your Employer perpetrates Insurance Fraud.

**Who interprets policy terms and conditions?**
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Group Insurance Policy.

15

HLI0026

## DEFINITIONS

The terms listed will have these meanings.

**Actively at Work**
You will be considered to be actively at work with your Employer on a day which is one of your Employer's scheduled work days if you are performing, in the usual way, all of the regular duties of your job on a Full-time basis on that day. You will be deemed to be actively at work on a day which is not one of your Employer's scheduled work days only if you were actively at work on the preceding scheduled work day.

**Active Full-time Employee** means an employee who works for the Employer on a regular basis in the usual course of the Employer's business. The employee must work the number of hours in the Employer's normal work week. This must be at least the number of hours indicated in the Schedule of Insurance.

**Any Occupation** means an occupation for which you are qualified by education, training or experience, and that has an earnings potential greater than an amount equal to the lesser of the product of your Indexed Pre-disability Earnings and the Benefit Percentage and the Maximum Monthly Benefit shown in the Schedule of Insurance.

**Commissions** mean the monthly average of commissions paid to you by the Employer over the 12 calendar month period ending just prior to the date you become Disabled, or over the number of calendar months of employment if less than this period.

**Current Monthly Earnings** means the monthly earnings you receive from:
1. the Employer while Disabled;
2. other employment.

However, if the other employment is a job you held in addition to Active Full-time Employment with the Employer, then:
1. during the Elimination Period, and while eligible to receive benefits for being Disabled from Your Occupation;
2. any earnings from this other employment will be Current Monthly Earnings only to the extent that such earnings exceed the average monthly earnings you were receiving from this other job during the 6 month period immediately prior to becoming Disabled.

Current Monthly Earnings will also include the amount of pay for another or modified job position, which may be offered to you by the Employer, if you refuse the offer. The requirements of such position must be within your capabilities as described by your Physician, and consistent with your education, training and experience.

**Disability or Disabled** means that during the Elimination Period and for the next 24 months you are prevented by:
1. accidental bodily injury;
2. sickness;
3. Mental Illness;
4. Substance Abuse; or
5. pregnancy,

from performing one or more of the Essential Duties of Your Occupation, and as a result your Current Monthly Earnings are no more than 80% of your Indexed Pre-disability Earnings.

After that, you must be so prevented from performing one or more of the Essential Duties of Any Occupation.

Your failure to pass a physical examination required to maintain a license to perform the duties of Your Occupation does not alone mean that you are Disabled.

**Employer** means the Policyholder.

16

HLI0027

**Essential Duty** means a duty that:
1.  is substantial, not incidental;
2.  is fundamental or inherent to the occupation; and
3.  can not be reasonably omitted or changed.

To be at work for the number of hours in your regularly scheduled workweek is also an Essential Duty. However, to be at work in excess of 40 hours a week is not an Essential Duty.

**Indexed Pre-disability Earnings** when used in this policy means your Pre-disability Earnings adjusted annually by adding the lesser of:
1.  10%; or
2.  the percentage change in the Consumer Price Index (CPI-W).

The adjustment is made January 1st each year after you have been Disabled for 12 consecutive months, and if you are receiving benefits at the time the adjustment is made.

The term Consumer Price Index (CPI-W) means the index for Urban Wage Earners and Clerical Workers published by the United States Department of Labor. It measures on a periodic (usually monthly) basis the change in the cost of typical urban wage earners' and clerical workers' purchase of certain goods and services. If the index is discontinued or changed, we may use another nationally published index that is comparable to the CPI-W.

For the purposes of this benefit, the percentage change in the CPI-W means the difference between the current year's CPI-W as of July 31st, and the prior year's CPI-W as of July 31st, divided by the prior year's CPI-W.

**Mental Illness** means any psychological, behavioral or emotional disorder or ailment of the mind, including physical manifestations of psychological, behavioral or emotional disorders, but excluding demonstrable, structural brain damage.

**Monthly Benefit** means a monthly sum payable to you while you are Disabled, subject to the terms of the Group Insurance Policy.

**Monthly Income Loss** is the difference of your Pre-disability Earnings less your Current Monthly Earnings.

**Monthly Rate of Basic Earnings** means your average monthly rate of pay, including Commissions, from the Employer for the 1 calendar year(s) ending just prior to the date you become Disabled, or over the number of calendar months of employment if less than this period:
1.  including contributions you make through a salary reduction agreement with the Employer to:
    a)  an Internal Revenue Code (IRC) Section 401(k), 403(b) or 457 deferred compensation arrangement;
    b)  an executive non qualified deferred compensation arrangement; or
    c)  a salary reduction arrangement under an IRC Section 125 plan; and
2.  not including bonuses, overtime pay or expense reimbursements for the same period as above.

**Other Income Benefits** mean the amount of any benefit for loss of income, provided to you or to your family, as a result of the period of Disability for which you are claiming benefits under this plan. This includes any such benefits for which you or your family are eligible or that are paid to you, to your family or to a third party on your behalf, pursuant to any:
1.  temporary disability benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges for such benefits;
2.  governmental law or program that provides disability or unemployment benefits as a result of your job with the Employer;
3.  plan or arrangement of coverage, whether insured or not, as a result of employment by or association with the Employer or as a result of membership in or association with any group, association, union or other organization;

**HLI0028**

4. individual insurance policy where the premium is wholly or partially paid by the Employer;
5. mandatory "no-fault" automobile insurance plan;
6. disability benefits under:
   a) the United States Social Security Act or alternative plan offered by a state or municipal government;
   b) the Railroad Retirement Act;
   c) the Canada Pension Plan, the Canada Old Age Security Act, the Quebec Pension Plan or any provincial pension or disability plan; or
   d) similar plan or act,
   that you, your spouse and children are eligible to receive because of your Disability; or
7. disability benefit from the Veteran's Administration, or any other foreign or domestic governmental agency:
   a) that begins after you become Disabled; or
   b) if you were receiving the benefit before becoming Disabled, the amount of any increase in the benefit that is attributed to your Disability.

Other Income Benefits also mean any payments that are made to you, your family, or to a third party on your behalf, pursuant to any:
1. disability benefit under the Employer's Retirement Plan;
2. permanent disability or impairment benefits under a Workers' Compensation Law, the Jones Act, occupational disease law, similar law or substitutes or exchanges of such benefits;
3. portion of a settlement or judgment, minus associated costs, of a lawsuit that represents or compensates for your loss of earnings;
4. retirement benefit from a Retirement Plan that is wholly or partially funded by employer contributions, unless:
   a) you were receiving it prior to becoming Disabled; or
   b) you immediately transfer the payment to another plan qualified by the United States Internal Revenue Service for the funding of a future retirement.
   Other Income Benefits will not include the portion, if any, of such retirement benefit that was funded by your after-tax contributions; or
5. retirement benefits under:
   a) the United States Social Security Act or alternative plan offered by a state or municipal government;
   b) the Railroad Retirement Act;
   c) the Canada Pension Plan, the Canada Old Age Security Act; the Quebec Pension Plan or any provincial pension or disability plan; or
   d) similar plan or act,
   that you, your spouse and children receive because of your retirement, unless you were receiving them prior to becoming Disabled.

If you are paid Other Income Benefits in a lump sum or settlement, you must provide proof satisfactory to us of:
1. the amount attributed to loss of income; and
2. the period of time covered by the lump sum or settlement.

We will pro-rate the lump sum or settlement over this period of time. If you cannot or do not provide this information, we will assume the entire sum to be for loss of income, and the time period to be 24 months. A retroactive allocation may result in an overpayment of your claim. Please see the provision entitled "What happens if benefits are overpaid".

The amount of any increase in Other Income Benefits will not be included as Other Income Benefits if such increase:
1. takes effect after the date benefits become payable under this plan; or
2. is a general increase which applies to all persons who are entitled to such benefits.

**Physician** means a person who is:
1. a doctor of medicine, osteopathy, psychology or other healing art recognized by us;
2. licensed to practice in the state or jurisdiction where care is being given; and
3. practicing within the scope of that license.

**Pre-disability Earnings** means your Monthly Rate of Basic Earnings in effect on the day before you became Disabled.

HLI0029

**Prior Plan** means the long term disability insurance carried by the Employer on the day before the Plan Effective Date.

**Regular Care of a Physician** means you are attended by a Physician, who is not related to you:
1. with medical training and clinical experience suitable to treat your disabling condition; and
2. whose treatment is:
   a) consistent with the diagnosis of the disabling condition;
   b) according to guidelines established by medical, research and rehabilitative organizations; and
   c) administered as often as needed,

   to achieve the maximum medical improvement.

**Retirement Plan** means a defined benefit or defined contribution plan that provides benefits for your retirement and which is not funded wholly by your contributions. It does not include:
1. a profit sharing plan;
2. thrift, savings or stock ownership plans;
3. a non-qualified deferred compensation plan; or
4. an individual retirement account (IRA), a tax sheltered annuity (TSA), Keogh Plan, 401(k) plan or 403(b) plan.

**Substance Abuse** means the pattern of pathological use of alcohol or other psychoactive drugs and substances characterized by:
1. impairments in social and/or occupational functioning;
2. debilitating physical condition;
3. inability to abstain from or reduce consumption of the substance; or
4. the need for daily substance use to maintain adequate functioning.

Substance includes alcohol and drugs but excludes tobacco and caffeine.

**We, us** or **our** means the Hartford Life and Accident Insurance Company.

**You, your, Insured Person** means the Insured Person to whom this Booklet-certificate is issued.

**Your Occupation**, if used in this Booklet-certificate, means your occupation as it is recognized in the general workplace. Your Occupation does not mean the specific job you are performing for a specific employer or at a specific location.

HLI0030

**ERISA INFORMATION**

**THE FOLLOWING NOTICE
CONTAINS IMPORTANT INFORMATION**

This employee welfare benefit plan (Plan) is subject to certain requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA requires that you receive a Statement of ERISA Rights, a description of Claim Procedures, and other specific information about the Plan. This document serves to meet ERISA requirements and provides important information about the Plan.

The benefits described in your booklet-certificate (Booklet) are provided under a group insurance policy (Policy) issued by the Hartford Life and Accident Insurance Company (Insurance Company) and are subject to the Policy's terms and conditions. The Policy is incorporated into, and forms a part of, the Plan. The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

A copy of the Plan is available for your review during normal working hours in the office of the Plan Administrator.

---

1.  **Plan Name**

    Group Long Term Disability Plan for employees of WASTE MANAGEMENT, INC.

---

2.  **Plan Number**

    216

---

3.  **Employer/Plan Sponsor**

    WASTE MANAGEMENT, INC.
    1001 Fannin
    Suite 4000
    Houston, TX 77002

---

4.  **Employer Identification Number**

    REDACTED

---

5.  **Type of Plan**

    Welfare Benefit Plan providing Group Long Term Disability.

---

6.  **Plan Administrator**

    WASTE MANAGEMENT, INC.
    1001 Fannin
    Suite 4000
    Houston, TX 77002

---

20

HLI0031

ii

7.  **Agent for Service of Legal Process**

For the Plan

WASTE MANAGEMENT, INC.
1001 Fannin
Suite 4000
Houston, TX 77002


For the Policy:

Hartford Life And Accident Insurance Company
200 Hopmeadow St.
Simsbury, CT 06089

In addition to the above, Service of Legal Process may be made on a plan trustee or the plan administrator.

8.  **Sources of Contributions** -- The Employer pays the premium for the insurance, but may allocate part of the cost to the employee.  The Employer determines the portion of the cost to be paid by the employee.

9.  **Type of Administration** -- The plan is administered by the Plan Administrator with benefits provided in accordance with the provisions of the applicable group plan.

10. The Plan and its records are kept on a Policy Year basis.

11. **Labor Organizations**

None

12. **Names and Addresses of Trustees**

None

13. **Plan Amendment Procedure**

The Employer reserves full authority, at its sole discretion, to terminate, suspend, withdraw, reduce, amend or modify the Plan, in whole or in part, at any time, without prior notice.

The Employer also reserves the right to adjust your share of the cost to continue coverage by the same procedures.

HLI0032

## STATEMENT OF ERISA RIGHTS

As a participant in the Plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all Plan participants shall be entitled to:

1. **Receive Information About Your Plan and Benefits**

   a) Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

   b) Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary Plan description. The administrator may make a reasonable charge for the copies.

   c) Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

2. **Prudent Actions by Plan Fiduciaries**

   In addition to creating rights for Plan participants ERISA imposes duties upon the people who are responsible for the operation of the employee benefit Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

3. **Enforce Your Rights**

   If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report from the Plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If the Plan requires you to complete administrative appeals prior to filing in court, your right to file suit in state or Federal court may be affected if you do not complete the required appeals. If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

4. **Assistance with Your Questions**

   If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration (formerly known as the Pension and Welfare Benefits Administration), U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

HLI0033

## CLAIM PROCEDURES

The Plan has designated and named the Insurance Company as the claims fiduciary for benefits provided under the Policy. The Plan has granted the Insurance Company full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of the Policy.

**Claim Procedures for Claims Requiring a Determination of Disability**

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 45 days after receipt of your properly filed claim. The time for decision may be extended for two additional 30 day periods provided that, prior to any extension period, the Insurance Company notifies you in writing that an extension is necessary due to matters beyond the control of the Plan, identifies those matters and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim, the time for decision may be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to our request. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

Any adverse benefit determination will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary, 4) a description of the review procedures and time limits applicable to such procedures, 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal, and 6) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the denial, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the denial and that a copy will be provided free of charge to you upon request, or (B) if denial is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request.

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 180 days from the date you received your claim denial. As part of your appeal:

1.    you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.    you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

HLI0034

The Insurance Company will make a final decision no more than 45 days after it receives your timely appeal. The time for final decision may be extended for one additional 45 day period provided that, prior to the extension, the Insurance Company notifies you in writing that an extension is necessary due to special circumstances, identifies those circumstances and gives the date by which it expects to render its decision. If your claim is extended due to your failure to submit information necessary to decide your claim on appeal, the time for decision shall be tolled from the date on which the notification of the extension is sent to you until the date we receive your response to the request.

The individual reviewing your appeal shall give no deference to the initial benefit decision and shall be an individual who is neither the individual who made the initial benefit decision, nor the subordinate of such individual. The review process provides for the identification of the medical or vocational experts whose advice was obtained in connection with an initial adverse decision, without regard to whether that advice was relied upon in making that decision. When deciding an appeal that is based in whole or part on medical judgment, we will consult with a medical professional having the appropriate training and experience in the field of medicine involved in the medical judgment and who is neither an individual consulted in connection with the initial benefit decision, nor a subordinate of such individual. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision, 2) specific references to the Policy provisions on which the decision is based, 3) a statement that you have the right to bring a civil action under section 502(a) of ERISA, 4) a statement that you may request, free of charge, copies of all documents, records, and other information relevant to your claim; 5) (A) if an internal rule, guideline, protocol, or other similar criterion was relied upon in making the decision on appeal, either (i) the specific rule, guideline, protocol or other similar criterion, or (ii) a statement that such a rule, guideline, protocol or other similar criterion was relied upon in making the decision on appeal and that a copy will be provided free of charge to you upon request, or (B) if the decision on appeal is based on medical judgment, either (i) an explanation of the scientific or clinical judgment for the decision on appeal, applying the terms of the Policy to your medical circumstances, or (ii) a statement that such explanation will be provided to you free of charge upon request, and 6) any other notice(s), statement(s) or information required by applicable law.

## Claim Procedures for Claims Not Requiring a Determination of Disability

Claims for Benefits

If you or your authorized representative would like to file a claim for benefits for yourself or your insured dependents, you or your authorized representative should obtain a claim form(s) from your Employer or Plan Administrator. The applicable section of such form(s) must be completed by (1) you, (2) the Employer or Plan Administrator and (3) the attending physician or hospital. Following completion, the claim form(s) must be forwarded to the Insurance Company's claim representative. The Insurance Company will evaluate your claim and determine if benefits are payable.

The Insurance Company will make a decision no more than 90 days after receipt of your properly filed claim. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 90 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 180 days after your claim was received. If the Insurance Company approves your claim, the decision will contain information sufficient to reasonably inform you of that decision.

However, any adverse benefit determination will be in writing and include: 1) specific reasons for the decision; 2) specific references to Policy provisions on which the decision is based; 3) a description of any additional material or information necessary for you to perfect the claim and an explanation of why such material or information is necessary; 4) a description of the review procedures and time limits applicable to such, and 5) a statement that you have the right to bring a civil action under section 502(a) of ERISA after you appeal our decision and after you receive a written denial on appeal.

HLI0035

ll

Appealing Denials of Claims for Benefits

On any wholly or partially denied claim, you or your representative must appeal once to the Insurance Company for a full and fair review. You must complete this claim appeal process before you file an action in court. Your appeal request must be in writing and be received by the Insurance Company no later than the expiration of 60 days from the date you received your claim denial. As part of your appeal:

1.      you may request, free of charge, copies of all documents, records, and other information relevant to your claim; and
2.      you may submit written comments, documents, records and other information relating to your claim.

The Insurance Company's review on appeal shall take into account all comments, documents, records and other information submitted by you relating to the claim, without regard to whether such information was submitted or considered in the initial benefit determination.

The Insurance Company will make a final decision no more than 60 days after it receives your timely appeal. However, if the Insurance Company determines that special circumstances require an extension, the time for its decision will be extended for an additional 60 days, provided that, prior to the beginning of the extension period, the Insurance Company notifies you in writing of the special circumstances and gives the date by which it expects to render its decision. If extended, a decision shall be made no more than 120 days after your appeal was received. If the Insurance Company grants your claim appeal, the decision will contain information sufficient to reasonably inform you of that decision.

However, any final adverse benefit determination on review will be in writing and include: 1) specific reasons for the decision and specific references to the Policy provisions on which the decision is based, 2) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records and other information relevant to the claim, 3) a statement of your right to bring a civil action under section 502(a) of ERISA, and 4) any other notice(s), statement(s) or information required by applicable law.

HLI0036

The Plan Described in this Booklet

is Insured by the

**Hartford Life and Accident Insurance Company**
Hartford, Connecticut

**Member of The Hartford Insurance Group**



**THE HARTFORD**

044353(GLT)1 Rev. 2

Printed in U.S.A.  5-'04

HLI0037

# EXHIBIT B

# CONFIDENTIAL – FILED UNDER SEAL

Filed Under Seal:  January 10, 2008
Public Version:  January 11, 2008



**Hartford Life**

February 11, 2003

Brian Lutness
Silverman and McDonald
1010 North Bancroft Parkway
Wilmington, DE 19805

Policy Holder:     Waste Management, Inc.
Claimant:          John M. Watson
SSN:
Policy Number:     GLT044353          REDACTED

Dear Mr. Lutness:

We are pleased to inform you that we have approved your client's claim for Long Term Disability (LTD) benefits.

This group policy provides your client with a percentage of his monthly income loss, reduced by certain "Other Income Benefits" he receives or is entitled to receive such as Social Security, Workers' Compensation, etc. Please refer to the policy booklet for full details.

Attached is a worksheet explaining our calculations. The initial benefit payment has been sent directly to your client under separate cover. Further benefits are payable monthly, at the end of each month provided he remains eligible for benefits under the terms of the policy. We will make every effort to see that he receives future benefit checks on, or before, the last day of the month that they are due. Your cooperation in furnishing us with requested information on a timely basis will enable us to accomplish this goal.

Benefit payments will continue, subject to the terms and limitations of the policy, while your client meets the following policy definition of Disability found on pages 6-7 of your Certificate of Insurance Booklet:

"Disability or Disabled means that:
1. during the Elimination Period; and
2. for the next 24 months you are prevented by:
    a. accidental bodily injury;
    b. sickness;
    c. Mental Illness;
    d. Substance Abuse; or

Benefit Management Services
Atlanta Disability Claim Office
P.O. Box 1811
Alpharetta, GA 30023-1811
Facsimile (770) 368-9842

**HLI0359**

e. pregnancy,

from performing one or more of the Essential Duties of Your Occupation, and as a result your Current Monthly Earnings are no more than 80% of your Indexed Pre-disability Earnings.

After that, you must be so prevented from performing one or more of the Essential Duties of Any Occupation.

Your failure to pass a physical examination required to maintain a license to perform the duties of your occupation does not alone mean that you are Disabled.

Essential Duty means a duty that:
1) is substantial, no incidental;
2) is fundamental or inherent to the occupation; and
3) can not be reasonably omitted or changed.

To be at work for the number of hours in your regularly scheduled work week is also an Essential Duty. However, to be at work in excess of 40 hours a week is not an Essential Duty."

In no event, however, will benefits be payable beyond 09/10/2017.

Since your client selected Option B on the LTD Payment Options Form, we are calculating his LTD benefit rate without reduction by an estimated Social Security Disability Benefit. Please notify us immediately when the Social Security Administration makes a decision on your client's application. If he is awarded Social Security Disability benefits, a sizeable overpayment of your LTD benefits could result. Your client's signature on the LTD Payment Options Form indicates his agreement to immediately provide lump sum reimbursement for such an overpayment.

We are able to transfer your client's monthly benefit payments directly to his bank account if you wish. If you would like to have the benefits paid by Electronic Funds Transfer to either a checking or savings account, please complete and return the enclosed Electronic Funds Transfer Request Form.

Please apply for Social Security Disability benefits if you have not already done so. When the Social Security Administration makes a decision please send us copies of the award certificates or denial letters for yourself and any dependents.

In addition, in order to document the claim file properly, please send a copy of the correspondence from the Social Security Administration that shows that they have received your claim for benefits. Please return this information within twenty-one (21) days of receiving this letter to avoid any delays in the processing of further benefits.

According to our records 100% of the benefit under this policy is considered taxable income. If you would like us to withhold Federal Income Tax (FIT) from your LTD benefits, please call our office and we will send you a Request for Federal Income Tax Withholding form.

HLI0360

Should he receive, or become entitled to receive, Other Income Benefits due to his Disability or Retirement, or for any work performed, please notify us at once so that we may determine whether such income will have an effect on your client's LTD benefits.

If you have any questions, please feel free to contact our office at (800) 445-9057, x64-229. Our office hours are 8:00 AM to 4:00 PM EST, Monday through Friday.

Sincerely,

Jason S. Graham, Examiner
Hartford Life and Accident Insurance Co.

Enclosure

**LTD BENEFIT CALCULATION**

John M. Watson
Social Security Number:

REDACTED

Disability Date: 07/13/2002
Elimination Period: 180 days or end of STD
Benefits Effective: 01/18/2003

Pre-Disability Monthly Earnings :   $1,724.67

Current Monthly Earnings :       $.00

Monthly Income Loss:   $1,724.67

Benefit Percentage: 60%

Gross Monthly LTD Benefit:   $1,034.80

Reductions for Other Income Benefits:

Net Monthly LTD Benefit (Gross Monthly Benefit minus Reductions for Other Income Benefits):
$1034.80

The policyholder has advised us that 100% of your benefit is taxable.

HLI0362