IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN WATSON,<br><br>     Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>     Defendant. | :<br>:<br>:<br>: C.A. No. 1:08-cv-00013-JJF<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION
## OF BRIAN P. DOWNEY *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brian P. Downey, Esquire to represent Defendant Hartford Life and Accident Insurance Company in this matter.

                   Respectfully submitted,

                   /s/ *Matthew A. Kaplan*
                   Matthew A. Kaplan (DE Bar No. 4339)
                   PEPPER HAMILTON LLP
                   Hercules Plaza, Suite 5100
                   1313 N. Market Street
                   Wilmington, DE  19899-1709
                   Telephone No. (302) 777-6500

Dated: January 22, 2008        *Attorneys for Defendant Hartford Life and*
                   *Accident Insurance Company*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission of Brian P. Downey *pro hac vice* is granted.

Dated: _____, 2008              _____
                                    J.

#9217366 v1

## CERTIFICATION OF BRIAN P. DOWNEY

Pursuant to Local Rule 83.5, I certify (1) that I am eligible for admission to this Court; (2) that I am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania; (3) that I do not reside in Delaware, I am not regularly employed in Delaware, and I am not regularly engaged in business, professional, or other similar activities in Delaware; (4) that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action, and (5) that I am generally familiar with this Court's Local Rules.

Dated: January 16, 2008

Brian P. Downey
PEPPER HAMILTON LLP
100 Market Street
Suite 200
Harrisburg, PA 17101-2044
Telephone No. (717) 255-1155

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, a copy of Defendants' Motion for Admission *Pro Hac Vice* of Brian P. Downey, Esquire was served upon the following via CM/ECF:

>Brian E. Lutness, Esquire
>1010 N. Bancroft Parkway, Suite 22
>Wilmington, DE 19805

>/s/ Matthew A. Kaplan
>Matthew A. Kaplan (DE Bar No. 4956)

#9217366 v1