# Pepper Hamilton LLP
#### Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

Matthew A. Kaplan
direct dial: 302-777-6528
kaplanm@pepperlaw.com

February 13, 2007

**VIA CM/ECF AND HAND DELVERY**

Judge Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

Re: Watson v. Hartford Life and Accident Insurance Company
Civil Action No. 1:08-cv-00013-JJF

Dear Judge Farnan:

On January 10, 2008, defendant Hartford Life and Accident Insurance Company ("Hartford") filed its Motion to Dismiss in the above-captioned action. Plaintiff's Answering Brief/Response was due January 28, 2008, but Plaintiff has failed to file an answer or repsonse. Because Plaintiff has filed no answer or response to the Motion to Dismiss in the more than two weeks since the deadline, Hartford respectfully requests that its Motion to Dismiss be granted.

Thank you for your consideration.

Respectfully,

*Matthew Kaplan*

Matthew A. Kaplan (DE Bar #4956)

MAK

cc: Brian E. Lutness, Esq.

#9314123 v1

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com