IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN WATSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 08-013 JJF |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on January 10, 2008, Defendant filed a Motion to Dismiss for Failure to State a Claim (D.I. 3) and Opening Brief (D.I. 4);

WHEREAS, the Plaintiff's Answering Brief to the motion was due on January 28, 2008;

WHEREAS, the Plaintiff has not yet filed an Answering Brief;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief within ten (10) days of the date of this Order. If Plaintiff does not file an Answering Brief by the date indicated, the Court will render its decision on the papers submitted.

February 14, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE